UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE: March 3, 2022
JUDGE: Brett H. Ludwig
CASE NO.: 19-cv-0118-bhl
CASE NAME: Williams v. City of Milwaukee et al
MATTER: Status Conference
APPEARANCES: William R. Retko, Attorney for Plaintiff
Jenny Yuan, Attorney for Defendants
TIME: 1:45 – 1:54
COURTROOM DEPUTY: Chrissy B.

**AUDIO OF THIS HEARING IS AT ECF NO. 52**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. The parties have reached a settlement, pending municipal approval. Accordingly, the Court will continue the status conference to allow the parties time to finalize the settlement.

**IT IS HEREBY ORDERED** that a continued status conference will be held on **April 15, 2022** at **1:00 p.m.** by telephone. To appear, call the Court's conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time.

Dated at Milwaukee, Wisconsin on March 3, 2022.

                                                                                                s/ *Brett H. Ludwig*
                                                                                                 BRETT H. LUDWIG
                                                                                                 United States District Judge